# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 09/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
|  | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Dakota Wesleyan University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 09/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 09/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. -USB Cash Reseerves Fund | A | Dividend | J | T | | | | | |
| 3. -Bank of America PFD 5.875% | B | Dividend | J | T | Buy | 01/04/19 | K | | |
| 4. -BlackRock Multi Sector Inc. | C | Dividend | K | T | | | | | |
| 5. -Columbia Strategic Income Fd | C | Dividend | L | T | Buy | 04/15/19 | L | | |
| 6. -Doubleline Low Duration | C | Dividend | M | T | | | | | |
| 7. -FPA Crescent | A | Dividend | | | Sold | 09/17/19 | K | B | |
| 8. -JPMorgan Chase Pfd | B | Dividend | K | T | | | | | |
| 9. -FPA New Income | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 10. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 11. -Pimco Mortgage Opps | A | Dividend | | | Sold | 04/15/19 | L | | |
| 12. -Wells Faergo & Co. Pfd | B | Dividend | K | T | | | | | |
| 13. -Wells Fargo Strategic Muni Bond | C | Dividend | M | T | Sold<br>(part) | 01/04/19 | K | | |
| 14. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 15. IRA#1 | | | | | | | | | |
| 16. -USB Liquid Assets Fd | A | Dividend | J | T | | | | | |
| 17. -Bank of America Corp. Prfd 6.00% | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Columbia Strategic Income FD | C | Dividend | M | T | Buy | 05/06/19 | L | | |
| 19. | | | | | Buy<br>(add'l) | 09/27/19 | K | | |
| 20.  -FPA Crescent | A | Dividend | | | Sold | 09/17/19 | K | B | |
| 21.  -FPA New Income | A | Dividend | | | Sold | 08/02/19 | L | A | |
| 22. | | | | | Buy | 11/12/19 | J | | |
| 23.  -Guggenheim Macro Opp | B | Dividend | | | Sold | 05/06/19 | L | | |
| 24.  -Ishares Russell Micap ETF | A | Dividend | | | Sold | 09/17/19 | K | B | |
| 25.  -JPMorgan Chase Pfd 3.875% | B | Dividend | K | T | | | | | |
| 26.  -JPMorgan Chase Pfd 5.75% | B | Dividend | | | Sold | 12/11/19 | K | B | |
| 27.  -KKR & Co Pfd 6.5% | B | Dividend | K | T | | | | | |
| 28.  -Matthews Asia | A | Dividend | | | Sold | 09/17/19 | L | | |
| 29.  -MFS Intl. Value | A | Dividend | J | T | | | | | |
| 30.  -Morgan Stanley Ser | B | Dividend | K | T | | | | | |
| 31.  -PIMCO All Assets | D | Dividend | M | T | Buy<br>(add'l) | 02/13/19 | K | | |
| 32. | | | | | Buy<br>(add'l) | 08/02/19 | L | | |
| 33.  -Sp;ider S&P 500 ETF | A | Dividend | K | T | Sold<br>(part) | 02/13/19 | K | D | |
| 34.  -U.S. Cellular Cor Pfd 7.25% | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Index SM Cap | A | Dividend | K | T | | | | | |
| 36. -Wisdomtree Tr Midcap | A | Dividend | K | T | Sold (part) | 02/13/19 | J | B | |
| 37. IRA #2 | | | | | | | | | |
| 38. -UBS Bank USA | A | Dividend | J | T | | | | | |
| 39. -Accenture PLC Ireland CL A | A | Dividend | J | T | | | | | |
| 40. -Adobe Systems Inc. (Delaware) | A | Dividend | J | T | | | | | |
| 41. -Alphabet Inc CL A | A | Dividend | J | T | | | | | |
| 42. -Amazon.com | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 43. -Ameriprise Financial Inc. | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 44. -American Tower Credit REIT | A | Dividend | J | T | | | | | |
| 45. -Blackrock Inc. | A | Dividend | | | Buy (add'l) | 01/02/19 | J | | |
| 46. | | | | | Sold | 09/24/19 | J | A | |
| 47. -Boeing Company | A | Dividend | J | T | Buy | 05/28/19 | J | | |
| 48. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 49. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 50. -Comcast Corp New Clk | A | Dividend | J | T | Sold (part) | 01/02/19 | J | A | |
| 51. -Costco Wholesale Corp. | A | Dividend | J | T | Buy | 03/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 53. -Ecolab Inc. | A | Dividend | | | Sold | 06/21/19 | J | A | |
| 54. -Facebook Inc. | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 55. -Fidelity Nat'. Information | A | Dividend | J | T | Buy | 09/24/19 | J | | |
| 56. -Home Depot Inc. | A | Dividend | J | T | | | | | |
| 57. -Honeywell Intl. | A | Dividend | J | T | | | | | |
| 58. -Ishares Russell Mid-Cap Growth | A | Dividend | | | Sold | 01/02/19 | J | | |
| 59. -Intercontinental Exchange Grp | A | Dividend | J | T | Sold (part) | 01/02/19 | J | A | |
| 60. -Lauder Estee Cos. | A | Dividend | J | T | Sold (part) | 01/02/19 | J | | |
| 61. -Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 62. -Metronic PLC | A | Dividend | J | T | | | | | |
| 63. -Microsoft | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 64. -Mondelez Intl | A | Dividend | J | T | | | | | |
| 65. -OReilly Automotive Inc. | A | Dividend | J | T | | | | | |
| 66. -Parker Hannifin Corp. | A | Dividend | J | T | | | | | |
| 67. -Red Hat Inc. | A | Dividend | | | Sold | 03/12/19 | J | B | |
| 68. -Rockwell Automation Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Schlumberger LTD | A | Dividend | | | Buy (add'l) | 01/02/19 | J | | |
| 70. | | | | | Sold | 05/20/19 | J | | |
| 71.  -Thermo Risher Scientific | A | Dividend | J | T | | | | | |
| 72.  -TJX Cos. Inc. | A | Dividend | J | T | | | | | |
| 73.  -United Health Group | A | Dividend | J | T | | | | | |
| 74.  -United Technologies Corp. | A | Dividend | | | Sold | 05/28/19 | J | A | |
| 75.  -VISA Inc. CL A | A | Dividend | J | T | Sold (part) | 01/02/19 | J | A | |
| 76.  -Walt Disney Co | A | Dividend | J | T | Sold (part) | 01/02/19 | J | A | |
| 77.  West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 09/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Due to an error in the reports from the broker, entries on the prior amended report dated March 3, 2020, incorrectly included assets that had been previously sold. These are in the prior report at line 72 (Colgate Palmolive, should have been sold on line 74), line 85 (Invesco, should have beewn sold on that line), line 97 (Rockwell Collins was actually sold on 9/21/17 and mistakenly carried forward), and line 99 (Starbucks, should have been shown as sold on line 121). Accordingly, those assets do not appear in the current report.

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 09/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544